# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
WILLIAMSON, ANITA ANN § Case No. 10-02687
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/MICHAEL G. BERLAND_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 10-02687 | BL | Judge: Bruce W. Black | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|---|
| Case Name: | WILLIAMSON, ANITA ANN | | | | Date Filed (f) or Converted (c): | 01/25/10 (f) |
| | | | | | 341(a) Meeting Date: | 03/01/10 |
| For Period Ending: | 05/16/12 | | | | Claims Bar Date: | 10/28/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3637 Terrence, Joliet-scheduled | 0.00 | 7,284.00 | | 81,288.00 | FA |
| 2. 3463 Silver Leaf, Joliet-scheduled | 157,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking NuMark-scheduled | 75.00 | 0.00 | DA | 0.00 | FA |
| 4. Household goods-scheduled | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5. Books, compact discs etc-scheduled | 40.00 | 0.00 | DA | 0.00 | FA |
| 6. Wearing apparel-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 7. Earrings, jewelry, watch-scheduled | 150.00 | 0.00 | DA | 0.00 | FA |
| 8. Whole life-scheduled | 200.00 | 0.00 | DA | 0.00 | FA |
| 9. 401k-scheduled | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 10. Tax refund-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. Ford Explorer-scheduled | 4,100.00 | 0.00 | DA | 0.00 | FA |
| 12. Refund of holdback from closing-unscheduled (u) | 0.00 | 1,447.94 | | 1,447.94 | FA |
| After preference was voided by special counsel, holdback was returned by title company | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.73 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $166,665.00 | $8,731.94 | | $82,736.67 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee recently sold non-homestead property and will have to file tax returns. The Trustee hired special counsel
who had a preference voided.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 10-02687    BL    Judge: Bruce W. Black | Trustee Name:    MICHAEL G. BERLAND |
| Case Name: | WILLIAMSON, ANITA ANN | Date Filed (f) or Converted (c):    01/25/10 (f) |
| | | 341(a) Meeting Date:    03/01/10 |
| | | Claims Bar Date:    10/28/10 |

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 12/31/14

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 10-02687 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | WILLIAMSON, ANITA ANN | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******2165  Money Market Account |
| Taxpayer ID No: | *******2481 | | | |
| For Period Ending: | 05/16/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/23/10 | 1 | American National Ttle Insurance | Net proceeds from sale of 3637 terence, Joliet less hold back | | 7,284.00 | | 7,284.00 |
| | | | DEPOSIT CHECK #51450 | | | | |
| | | |    Memo Amount:     81,288.00 | 1110-000 | | | |
| | | | 48% itnerest in real estate pursuan | | | | |
| | | | 48% itnerest in real estate pursuant to Judgment for Dissolution of Marriage | | | | |
| | | |    Memo Amount:     ( 58,473.06 ) | 4110-000 | | | |
| | | | Payment to release mortgage | | | | |
| | | |    Memo Amount:     ( 1,920.00 ) | 2500-000 | | | |
| | | | Payment for Seller's closing costs | | | | |
| | | |    Memo Amount:     ( 2,693.11 ) | 5800-000 | | | |
| | | | Payment for real estate taxes | | | | |
| | | |    Memo Amount:     ( 3,621.60 ) | 3510-000 | | | |
| | | | Real estate commission | | | | |
| | | |    Memo Amount:     ( 85.44 ) | 2500-000 | | | |
| | | | Title expense | | | | |
| | | |    Memo Amount:     ( 523.30 ) | 2500-000 | | | |
| | | | Title expense | | | | |
| | | |    Memo Amount:     ( 1,322.00 ) | 4120-000 | | | |
| | | | Payment of judgment lien | | | | |
| | | |    Memo Amount:     ( 1,447.44 ) | 4120-000 | | | |
| | | | Payment of judgment lien | | | | |
| | | |    Memo Amount:     ( 240.00 ) | 3210-600 | | | |
| | | | Payment of attorney fee for closing | | | | |
| | | | Payment of attorney fee for closing fo sale | | | | |
| | | |    Memo Amount:     ( 244.08 ) | 4800-000 | | | |
| | | | Municipal tax | | | | |

Page Subtotals        7,284.00        0.00

LFORM24    **UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*        Ver: 16.06a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 10-02687 -BL | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- |
| Case Name: | WILLIAMSON, ANITA ANN | Bank Name: | The Bank of New York Mellon |
|  |  | Account Number / CD #: | *******2165 Money Market Account |
| Taxpayer ID No: | *******2481 |  |  |
| For Period Ending: | 05/16/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | Memo Amount: ( 2,717.38 ) | 2500-000 |  |  |  |
|  |  |  | Holdback for title indemnity and su |  |  |  |  |
|  |  |  | Holdback for title indemnity and survey |  |  |  |  |
|  |  |  | Memo Amount: ( 84.80 ) | 2500-000 |  |  |  |
|  |  |  | Home warranty |  |  |  |  |
|  |  |  | Memo Amount: ( 40.68 ) | 4800-000 |  |  |  |
|  |  |  | Transfer taxes |  |  |  |  |
|  |  |  | Memo Amount: ( 480.00 ) | 3510-000 |  |  |  |
|  |  |  | Earnest money retained Real estate |  |  |  |  |
|  |  |  | Earnest money retained Real estate commisssion |  |  |  |  |
|  |  |  | Memo Amount: ( 33.36 ) | 2500-000 |  |  |  |
|  |  |  | Recording deed |  |  |  |  |
|  |  |  | Memo Amount: ( 77.75 ) | 4800-000 |  |  |  |
|  |  |  | State taxes |  |  |  |  |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 |  | 7,284.01 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 |  | 7,284.07 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 |  | 7,284.13 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 |  | 7,284.18 |
| 03/29/11 | 001001 | Gloria Longest | Payment of accpuntant per court order | 3410-000 |  | 500.00 | 6,784.18 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 |  | 6,784.24 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 |  | 6,784.29 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 |  | 6,784.34 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 |  | 6,784.39 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 |  | 6,784.44 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 |  | 6,784.49 |
| 08/31/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 6,759.49 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 |  | 6,759.54 |
| 09/30/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 25.00 | 6,734.54 |

Page Subtotals    0.54    550.00

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 16.06a

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 10-02687 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | WILLIAMSON, ANITA ANN | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******2165 Money Market Account |
| Taxpayer ID No: | *******2481 | | | |
| For Period Ending: | 05/16/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,734.59 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,709.59 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,709.64 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,684.64 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,684.69 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,659.69 |
| 01/06/12 | 12 | American National Title Insurance | Refund of holdback at closing after preference voided DEPOSIT CHECK #59122 | 1229-000 | 1,447.94 | | 8,107.63 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 8,107.67 |
| 01/25/12 | | Transfer to Acct #*******5239 | Bank Funds Transfer | 9999-000 | | 8,107.67 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 81,288.00 | COLUMN TOTALS | | 8,732.67 | 8,732.67 | 0.00 |
| Memo Allocation Disbursements: | 74,004.00 | Less: Bank Transfers/CD's | | 0.00 | 8,107.67 | |
| | | Subtotal | | 8,732.67 | 625.00 | |
| Memo Allocation Net: | 7,284.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 8,732.67 | 625.00 | |

Page Subtotals     1,448.13     8,182.67

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| Case No: | 10-02687 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | WILLIAMSON, ANITA ANN | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******2166 Checking Account |
| Taxpayer ID No: | *******2481 | | |
| For Period Ending: | 05/16/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | |
|---|---|---|
| Memo Allocation Receipts: | 0.00 | |
| Memo Allocation Disbursements: | 0.00 | |
| Memo Allocation Net: | 0.00 | |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals 0.00 0.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5
Exhibit B

| Case No: | 10-02687 -BL | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- |
| Case Name: | WILLIAMSON, ANITA ANN | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******5239 Checking Account |
| Taxpayer ID No: | *******2481 | | |
| For Period Ending: | 05/16/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******2165 | Bank Funds Transfer | 9999-000 | 8,107.67 | | 8,107.67 |
| 02/22/12 | 001001 | Klein, Stoddard, Buck, Waller & Lewis LLC | Payment of attorney fee per court order | 3210-000 | | 680.86 | 7,426.81 |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 0.00 | | COLUMN TOTALS | 8,107.67 | 680.86 | 7,426.81 |
| Memo Allocation Disbursements: | 0.00 | | Less:  Bank Transfers/CD's | 8,107.67 | 0.00 | |
| | | | Subtotal | 0.00 | 680.86 | |
| Memo Allocation Net: | 0.00 | | Less:  Payments to Debtors | | 0.00 | |
| | | | Net | 0.00 | 680.86 | |

| | | | NET | ACCOUNT |
| --- | --- | --- | --- | --- |
| Total Allocation Receipts: | 81,288.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 74,004.00 | Money Market Account - *******2165 | 8,732.67 | 625.00 | 0.00 |
| | | Checking Account - *******2166 | 0.00 | 0.00 | 0.00 |
| Total Memo Allocation Net: | 7,284.00 | Checking Account - *******5239 | 0.00 | 680.86 | 7,426.81 |
| | | | ----------------------- | ----------------------- | ----------------------- |
| | | | 8,732.67 | 1,305.86 | 7,426.81 |
| | | | ============== | ============== | ============== |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     8,107.67     680.86

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

LFORM24

Ver: 16.06a

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | | Date: May 16, 2012 |
|---|---|---|---|---|---|---|---|

Case Number: 10-02687  
Debtor Name: WILLIAMSON, ANITA ANN

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3<br>100<br>4110-00 | CitiFinancial, Inc.<br>PO Box 140069<br>Irving, TX 75019-0069 | Secured | | $0.00 | $9,847.04 | $9,847.04 |
| 5P<br>570<br>5800-00 | IRS Priority Debt Banruptcy<br>Department<br>Box 21126<br>Philadelphia, PA 19114 | Priority | | $0.00 | $9,235.42 | $9,235.42 |
| 1<br>610<br>7100-00 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $0.00 | $687.00 | $687.00 |
| 2<br>610<br>7100-00 | QuickClick Loans LLC Bankrutcty<br>department<br>PO Box 5040<br>Alpharetta, GA 30023 | Unsecured | | $0.00 | $4,277.22 | $4,277.22 |
| 4<br>610<br>7100-00 | Collection Professional Crest Hill<br>Denal, Attn Bankruptcy<br>PO Box 416<br>La Salle, IL 61301 | Unsecured | | $0.00 | $263.52 | $263.52 |
| 5U<br>610<br>7100-00 | IRS Priority Debt, attention Bankrupty<br>Department<br>Box 21126<br>Philadelphia, PA 19114 | Unsecured | | $0.00 | $1,381.85 | $1,381.85 |
| 6<br>610<br>7100-00 | Metabank-Fingerhut<br>6250 Ridgewood Rd<br>St. Cloud, MN 56303 | Unsecured | | $0.00 | $223.71 | $223.71 |
| 7<br>610<br>7100-00 | American Infosource Lp As Agent for<br>Merrick Bank<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $0.00 | $2,463.38 | $2,463.38 |
| 8<br>610<br>7100-00 | Capital Recovery III LLC c/o Recovery<br>Mangeament Systems<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $0.00 | $2,107.99 | $2,107.99 |
| 9<br>610<br>7100-00 | American Infosource Lp As Agent for<br>T-Mobile<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured | | $0.00 | $339.99 | $339.99 |
| | Case Totals: | | | $0.00 | $30,827.12 | $30,827.12 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-02687
Case Name: WILLIAMSON, ANITA ANN
Trustee Name: MICHAEL G. BERLAND

Balance on hand   $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____

Remaining Balance   $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P | IRS Priority Debt<br>Banruptcy Department<br>Box 21126<br>Philadelphia, PA  19114 | $ | $ | $ |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

    Total to be paid to priority creditors      $_____

    Remaining Balance      $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ _____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be \_\_\_\_\_ percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ  07601 | $ | $ | $ |
| 2 | QuickClick Loans LLC<br>Bankrutcty department<br>PO Box 5040<br>Alpharetta, GA  30023 | $ | $ | $ |
| 4 | Collection Professional<br>Crest Hill Denal, Attn Bankruptcy<br>PO Box 416<br>La Salle, IL  61301 | $ | $ | $ |
| 5U | IRS Priority Debt, attention Bankrupty Department<br>Box 21126<br>Philadelphia, PA  19114 | $ | $ | $ |
| 6 | Metabank-Fingerhut<br>6250 Ridgewood Rd<br>St. Cloud, MN  56303 | $ | $ | $ |
| 7 | American Infosource Lp As Agent for Merrick Bank<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Capital Recovery III LLC c/o Recovery Mangeament Systems 25 SE 2nd Avenue Suite 1120 Miami, FL 33131-1605 | $ | $ | $ |
| 9 | American Infosource Lp As Agent for T-Mobile PO Box 248848 Oklahoma City, OK 73124-8848 | $ | $ | $ |

Total to be paid to timely general unsecured creditors $_____

Remaining Balance $_____

Tardily filed claims of general (unsecured) creditors totaling $   have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be   percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $   have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be   percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*