# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WILLIAMSON, ANITA ANN | § | Case No. 10-02687 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                  CLERK OF THE COURT
                  219 S. Dearborn
                  Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 07/27/2012 in Courtroom 201,
                  United States Courthouse
                  Will County Court Annex Building
                  57 N. Ottawa Street, Suite 201, Joliet, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/18/2012                    By: /s/ Michael G. Berland
                                                      Trustee


*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
WILLIAMSON, ANITA ANN § Case No. 10-02687
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 82,736.67 |
| and approved disbursements of | $ 75,309.86 |
| leaving a balance on hand of[1] | $ 7,426.81 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 4,000.00 | $ 0.00 | $ 4,000.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 4,000.00 |
| Remaining Balance | | | $ 3,426.81 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 9,235.42 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 5P | IRS Priority Debt<br>Banruptcy Department<br>Box 21126<br>Philadelphia, PA  19114 | $ 9,235.42 | $ 0.00 | $ 3,426.81 |

    Total to be paid to priority creditors     $ 3,426.81

    Remaining Balance     $ 0.00

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 11,744.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ  07601 | $ 687.00 | $ 0.00 | $ 0.00 |
| 2 | QuickClick Loans LLC<br>Bankrutcty department<br>PO Box 5040<br>Alpharetta, GA  30023 | $ 4,277.22 | $ 0.00 | $ 0.00 |
| 4 | Collection Professional<br>Crest Hill Denal, Attn Bankruptcy<br>PO Box 416<br>La Salle, IL  61301 | $ 263.52 | $ 0.00 | $ 0.00 |
| 5U | IRS Priority Debt,<br>attention Bankrupty Department<br>Box 21126<br>Philadelphia, PA  19114 | $ 1,381.85 | $ 0.00 | $ 0.00 |
| 6 | Metabank-Fingerhut<br>6250 Ridgewood Rd<br>St. Cloud, MN  56303 | $ 223.71 | $ 0.00 | $ 0.00 |

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | American Infosource Lp As Agent for Merrick Bank PO Box 248838 Oklahoma City, OK 73124-8838 | $ 2,463.38 | $ 0.00 | $ 0.00 |
| 8 | Capital Recovery III LLC c/o Recovery Mangeament Systems 25 SE 2nd Avenue Suite 1120 Miami, FL  33131-1605 | $ 2,107.99 | $ 0.00 | $ 0.00 |
| 9 | American Infosource Lp As Agent for T-Mobile PO Box 248848 Oklahoma City, OK 73124-8848 | $ 339.99 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $            0.00

Remaining Balance     $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

**UST Form 101-7-NFR (5/1/2011)** *(Page: 4)*

Prepared By: /s/ Michael G. Berland
                                        Trustee


MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                          Case No. 10-02687-BWB
Anita Ann Williamson                                            Chapter 7
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0752-1          User: cturner              Page 1 of 3              Date Rcvd: Jun 19, 2012
                              Form ID: pdf006            Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2012.
db           +Anita Ann Williamson,    3463 Silver Leaf Dr,    Joliet, IL 60431-8352
15002694     +CCB Credit Services, Inc.,    Bankruptcy Department,     PO Box 272,   Springfield, IL 62705-0272
15987330    +++CitiFinancial, Inc.,    PO Box 140069,    Irving, TX 75014-0069,    (888)701-6280
15002698     +Collection Professionals, Inc,    Bankruptcy Dept,    723 First Street,    LaSalle, IL 61301-2535
15002697    +++Collection Professionals,Inc,    Crest Hill Family Dental,    Attn: Bankruptcy Dept.,    PO Box 416,
               La Salle, IL 61301-0416
15002676     +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
15002677     +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
15002693     +Fingerhut,    Bankruptcy Department,    PO Box 1250,    St. Cloud, MN 56395-1250
15002679     +First Premier BANK,    Attn: Bankruptcy Dept.,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
15002681     +HSBC BANK,    Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
15002680     +HSBC NV,    Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
15002666     +Household BANK,    C/O CACH LLC,    370 17Th St Ste 5000,    Denver, CO 80202-5690
15002687      Illinois Child Support Enforce,    Bankruptcy Dept,    509 S. 6th St,    Springfield, IL 62701-1825
16140618     +Metabank-Fingerhut,    6250 Ridgewood Rd,    St. Cloud, MN 56303-0820
15002670     +National CITY Mortgage,    Attn: Bankruptcy Dept.,    6 N Main St,    Dayton, OH 45402-1993
15002692     +NuMark Credit Union,    Attn: Bankruptcy Dept.,    9809 West 55th Street,
               Countryside, IL 60525-3634
15002675      Pentagroup Financial LLC,    Bankruptcy Department,    PO Box 498609,    Houston, TX 77274
15002686     +QuickClick Loans LLC,    Bankruptcy Department,    PO Box 5040,    Alpharetta, GA 30023-5040
15002695      T-Mobile,    Bankruptcy Department,    PO Box 742596,    Cincinnati, OH 45274-2596
15002685     +TOWN North BANK,    Attn: Bankruptcy Dept.,    Po Box 814810,    Dallas, TX 75381-4810
15002678     +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
15002667     +Tribute Mastercard,    C/O Jefferson Capital SYST,    16 Mceland Rd,    Saint Cloud, MN 56303-2198
15002682     +Tribute/FBOD,    Attn: Bankruptcy Dept.,    Po Box 105555,    Atlanta, GA 30348-5555
15002674     #+drs/Bonded Collection Systems,    Bankruptcy Department,    PO Box 498609,
               Cincinnati, OH 45249-8609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16245399      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 20 2012 04:17:47
               American Infosource Lp As Agent for,    Merrick Bank,    PO Box 248838,
               Oklahoma City, OK   73124-8838
16268919      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 20 2012 04:17:49
               American Infosource Lp As Agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
               Oklahoma City, OK   73124-8848
15274145     +E-mail/Text: bnc@atlasacq.com Jun 20 2012 04:05:16     Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
15002668     +E-mail/Text: BKNOTICES@EAFLLC.COM Jun 20 2012 04:10:24       Barclays BANK Delaware,
               C/O Hilco Receivables LLC,    5 Revere Dr,    Northbrook, IL 60062-1566
16255630      E-mail/PDF: rmscedi@recoverycorp.com Jun 20 2012 03:29:19       Capital Recovery III LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
15002684     +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 20 2012 02:39:53       Discover FIN SVCS LLC,
               Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850-5316
15002669     +E-mail/PDF: rmscedi@recoverycorp.com Jun 20 2012 03:29:19       GE Capital Lowes VISA Platinum,
               c/o Recovery Management Systems Corp,    25 S E 2nd Avenue Suite 1120,    Miami, FL 33131-1605
15002689      E-mail/Text: cio.bncmail@irs.gov Jun 20 2012 01:03:23      IRS Priority Debt,
               Attn: Bankruptcy Dept.,    Box 21126,    Philadelphia, PA 19114
15002671     +E-mail/Text: resurgentbknotifications@resurgent.com Jun 20 2012 01:57:57        MARIN,
               C/O LVNV Funding LLC,    Po Box 740281,    Houston, TX 77274-0281
15002683     +E-mail/Text: bkr@cardworks.com Jun 20 2012 03:44:56      Merrick BANK,    Attn: Bankruptcy Dept.,
               Po Box 5000,    Draper, UT 84020-5000
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Charles Lab
15922782*    +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
15002696*    +CCB Credit Services, Inc.,    Bankruptcy Department,    PO Box 272,   Springfield, IL 62705-0272
15002673*    +Citifinancial,    Attn: Bankruptcy Dept.,    Po Box 499,   Hanover, MD 21076-0499
15002690*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: IRS Priority Debt,    Attn: Bankruptcy Dept.,    Box 21126,
               Philadelphia, PA 19114)
15002691*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: IRS Priority Debt,    Attn: Bankruptcy Dept.,    Box 21126,
               Philadelphia, PA 19114)
15002700*    +Jerry Williamson,    3637 Terrance Ferry,    Joliet, IL 60431-8700
15002672    ##+Citifinancial,    Attn: Bankruptcy Dept.,    Po Box 499,   Hanover, MD 21076-0499
15002688    ##+Jerry Williamson,    3637 Terrance Ferry,    Joliet, IL 60431-8700
15002699    ##+Washington Mutual Bank,    Bankruptcy Department,    PO Box 99604,   Arlington, TX 76096-9604
                                                                                TOTALS: 1, * 6, ## 3

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1           User: cturner              Page 2 of 3               Date Rcvd: Jun 19, 2012
                               Form ID: pdf006            Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 21, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: cturner              Page 3 of 3                  Date Rcvd: Jun 19, 2012
                              Form ID: pdf006            Total Noticed: 34
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2012 at the address(es) listed below:

        Bradley J Waller    on behalf of Plaintiff Michael Berland bwaller@ksbwl.com,   vmaurer@ksbwl.com
        Dale A Riley    on behalf of Debtor Anita Williamson ndil@geracilaw.com
        Michael G Berland    einstein829@earthlink.net,   IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Wylie W Mok    on behalf of Debtor Anita Williamson ndil@geracilaw.com

                                                                                                                                          TOTAL: 5