UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
WILLIAMSON, ANITA ANN § Case No. 10-02687
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $       (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   (see **Exhibit 2**), yielded net receipts of $     from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on             . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/MICHAEL G. BERLAND_____
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | CITIFINANCIAL, INC. |  |  |  |  |  |
|  | Payment to release mortgage |  |  |  |  |  |
|  | Payment of judgment lien |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Payment of judgment lien | | | | | |
| | Municipal tax | | | | | |
| | State taxes | | | | | |
| | Transfer taxes | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| Holdback for title indemnity and su | | | | | |
| Home warranty | | | | | |
| Payment for Seller's closing costs | | | | | |
| Recording deed | | | | | |
| Title expense | | | | | |
| Title expense | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| KLEIN, STODDARD, BUCK, WALLER & LE | | | | | |
| Payment of attorney fee for closing | | | | | |
| Gloria Longest | | | | | |
| Earnest money retained Real estate | | | | | |
| Real estate commission | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Illinois Child Support Enforce Bankruptcy Dept 509 S. 6th St Springfield IL 62701-1825 | | | | | |
| | 3 IRS Priority Debt Attn: Bankruptcy Dept. Box 21126 Philadelphia PA 19114 | | | | | |
| | 4 IRS Priority Debt Attn: Bankruptcy Dept. Box 21126 Philadelphia PA 19114 | | | | | |
| | Jerry Williamson 3637 Terrance Ferry Joliet IL 60431 2 IRS Priority Debt Attn: Bankruptcy Dept. Box 21126 Philadelphia PA 19114 | | | | | |
| 5P | IRS PRIORITY DEBT BANRUPTCY DEPARTM | | | | | |
| | Payment for real estate taxes | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Barclays BANK Delaware C/O Hilco Receivables LLC 5 Revere Dr Northbrook IL 60062 | | | | | |
| | 11 HSBC BANK Attn: Bankruptcy Dept. Po Box 5253 Carol Stream IL 60197 | | | | | |
| | 12 HSBC NV Attn: Bankruptcy Dept. Po Box 5253 Carol Stream IL 60197 | | | | | |
| | 13 MARIN C/O LVNV Funding LLC Po Box 740281 Houston TX 77274 | | | | | |
| | 14 Merrick BANK Attn: Bankruptcy Dept. Po Box 5000 Draper UT 84020 | | | | | |
| | 16 T-Mobile Bankruptcy Department PO Box 742596 Cincinnati OH 45274-2596 | | | | | |
| | 17 TOWN North BANK Attn: Bankruptcy Dept. Po Box 814810 Dallas TX 75381 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 18 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 2 Citifinancial Attn: Bankruptcy Dept. Po Box 499 Hanover MD 21076 | | | | | |
| | 20 Tribute/FBOD Attn: Bankruptcy Dept. Po Box 105555 Atlanta GA 30348 | | | | | |
| | 4 Discover FIN SVCS LLC Attn: Bankruptcy Dept. Po Box 15316 Wilmington DE 19850 | | | | | |
| | 5 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 6 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | 7 Fingerhut Bankruptcy Department PO Box 1250 St. Cloud MN 56395 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 8 First Premier BANK Attn: Bankruptcy Dept. 601 S Minnesota Ave Sioux Falls SD 57104 | | | | | |
| | 9 GE Capital Lowes VISA Platinum C/O LVNV Funding LLC Po Box 740281 Houston TX 77274 | | | | | |
| | CCB Credit Services, Inc. Bankruptcy Department PO Box 272 Springfield IL 62705 | | | | | |
| | CCB Credit Services, Inc. Bankruptcy Department PO Box 272 Springfield IL 62705 | | | | | |
| | Collection Professionals, Inc Bankruptcy Dept 723 First Street LaSalle IL 61301 | | | | | |
| | Pentagroup Financial LLC Bankruptcy Department PO Box 742245 Houston TX 77274 | | | | | |
| | drs/Bonded Collection Systems Bankruptcy Department PO Box 498609 Cincinnati OH 45249 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 9 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 1 | ATLAS ACQUISITIONS LLC | | | | | |
| 8 | CAPITAL RECOVERY III LLC C/O RECOVE | | | | | |
| 4 | COLLECTION PROFESSIONAL CREST HILL | | | | | |
| 5U | IRS PRIORITY DEBT, ATTENTION BANKRU | | | | | |
| 6 | METABANK-FINGERHUT | | | | | |
| 2 | QUICKCLICK LOANS LLC BANKRUTCTY DEP | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-02687 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | WILLIAMSON, ANITA ANN | | | Date Filed (f) or Converted (c): | 01/25/10 (f) |
| | | | | 341(a) Meeting Date: | 03/01/10 |
| For Period Ending: 10/08/12 | | | | Claims Bar Date: | 10/28/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3637 Terrence, Joliet-scheduled | 0.00 | 7,284.00 | | 81,288.00 | FA |
| 2. 3463 Silver Leaf, Joliet-scheduled | 157,000.00 | 0.00 | | 0.00 | FA |
| 3. Checking NuMark-scheduled | 75.00 | 0.00 | | 0.00 | FA |
| 4. Household goods-scheduled | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Books, compact discs etc-scheduled | 40.00 | 0.00 | | 0.00 | FA |
| 6. Wearing apparel-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 7. Earrings, jewelry, watch-scheduled | 150.00 | 0.00 | | 0.00 | FA |
| 8. Whole life-scheduled | 200.00 | 0.00 | | 0.00 | FA |
| 9. 401k-scheduled | 3,000.00 | 0.00 | | 0.00 | FA |
| 10. Tax refund-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 11. Ford Explorer-scheduled | 4,100.00 | 0.00 | | 0.00 | FA |
| 12. Refund of holdback from closing-unscheduled (u) | 0.00 | 1,447.94 | | 1,447.94 | FA |
| After preference was voided by special counsel, holdback was returned by title company | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.73 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $166,665.00   $8,731.94   $82,736.67   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee recently sold non-homestead property and will have to file tax returns. The Trustee hired special counsel
who had a preference voided.

LFORM1

UST Form 101-7-TDR (5/1/2011) (Page: 11)

Ver: 17.00

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-02687 BL Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | WILLIAMSON, ANITA ANN | Date Filed (f) or Converted (c): | 01/25/10 (f) |
| | | 341(a) Meeting Date: | 03/01/10 |
| | | Claims Bar Date: | 10/28/10 |

Initial Projected Date of Final Report (TFR): 12/31/15        Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-02687 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | WILLIAMSON, ANITA ANN | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******2165  Money Market Account |
| Taxpayer ID No: | *******2481 | | |
| For Period Ending: | 10/08/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/23/10 | 1 | American National Ttle Insurance | Net proceeds from sale of 3637 terence, Joliet less hold back  DEPOSIT CHECK #51450 | | 7,284.00 | | 7,284.00 |
| | | | Memo Amount:      81,288.00 | 1110-000 | | | |
| | | | 48% itnerest in real estate pursuan  48% itnerest in real estate pursuant to Judgment for Dissolution of Marriage | | | | |
| | | | Memo Amount:   (   58,473.06 ) | 4110-000 | | | |
| | | | Payment to release mortgage | | | | |
| | | | Memo Amount:   (    1,920.00 ) | 2500-000 | | | |
| | | | Payment for Seller's closing costs | | | | |
| | | | Memo Amount:   (    2,693.11 ) | 5800-000 | | | |
| | | | Payment for real estate taxes | | | | |
| | | | Memo Amount:   (    3,621.60 ) | 3510-000 | | | |
| | | | Real estate commission | | | | |
| | | | Memo Amount:   (       85.44 ) | 2500-000 | | | |
| | | | Title expense | | | | |
| | | | Memo Amount:   (      523.30 ) | 2500-000 | | | |
| | | | Title expense | | | | |
| | | | Memo Amount:   (    1,322.00 ) | 4120-000 | | | |
| | | | Payment of judgment lien | | | | |
| | | | Memo Amount:   (    1,447.44 ) | 4120-000 | | | |
| | | | Payment of judgment lien | | | | |
| | | | Memo Amount:   (      240.00 ) | 3210-600 | | | |
| | | | Payment of attorney fee for closing  Payment of attorney fee for closing fo sale | | | | |
| | | | Memo Amount:   (      244.08 ) | 4800-000 | | | |
| | | | Municipal tax | | | | |

Page Subtotals    7,284.00    0.00

Ver: 17.00

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-02687 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | WILLIAMSON, ANITA ANN | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******2165  Money Market Account |
| Taxpayer ID No: | *******2481 | | | |
| For Period Ending: | 10/08/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Memo Amount:  ( 2,717.38 ) | 2500-000 | | | |
| | | | Holdback for title indemnity and su | | | | |
| | | | Holdback for title indemnity and survey | | | | |
| | | | Memo Amount:  ( 84.80 ) | 2500-000 | | | |
| | | | Home warranty | | | | |
| | | | Memo Amount:  ( 40.68 ) | 4800-000 | | | |
| | | | Transfer taxes | | | | |
| | | | Memo Amount:  ( 480.00 ) | 3510-000 | | | |
| | | | Earnest money retained Real estate | | | | |
| | | | Earnest money retained Real estate commisssion | | | | |
| | | | Memo Amount:  ( 33.36 ) | 2500-000 | | | |
| | | | Recording deed | | | | |
| | | | Memo Amount:  ( 77.75 ) | 4800-000 | | | |
| | | | State taxes | | | | |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 7,284.01 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,284.07 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,284.13 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,284.18 |
| 03/29/11 | 001001 | Gloria Longest | Payment of accpuntant per court order | 3410-000 | | 500.00 | 6,784.18 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 6,784.24 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,784.29 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,784.34 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,784.39 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,784.44 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,784.49 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,759.49 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,759.54 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,734.54 |

Page Subtotals       0.54       550.00

Ver: 17.00

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-02687 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | WILLIAMSON, ANITA ANN | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******2165  Money Market Account |
| Taxpayer ID No: | *******2481 | | | |
| For Period Ending: | 10/08/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,734.59 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,709.59 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,709.64 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,684.64 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,684.69 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,659.69 |
| 01/06/12 | 12 | American National Title Insurance | Refund of holdback at closing after preference voided DEPOSIT CHECK #59122 | 1229-000 | 1,447.94 | | 8,107.63 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 8,107.67 |
| 01/25/12 | | Transfer to Acct #*******5239 | Bank Funds Transfer | 9999-000 | | 8,107.67 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 81,288.00 | COLUMN TOTALS | 8,732.67 | 8,732.67 | 0.00 |
| Memo Allocation Disbursements: | 74,004.00 | Less: Bank Transfers/CD's | 0.00 | 8,107.67 | |
| | | Subtotal | 8,732.67 | 625.00 | |
| Memo Allocation Net: | 7,284.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 8,732.67 | 625.00 | |

Page Subtotals    1,448.13    8,182.67

Ver: 17.00

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit 9

| Case No: | 10-02687 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | WILLIAMSON, ANITA ANN | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******2166  Checking Account |
| Taxpayer ID No: | *******2481 | | |
| For Period Ending: | 10/08/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 0.00 | |

Page Subtotals       0.00        0.00

Ver: 17.00

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

FORM 2

Page: 5

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-02687 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | WILLIAMSON, ANITA ANN | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******5239  Checking Account |
| Taxpayer ID No: | *******2481 | | | |
| For Period Ending: | 10/08/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******2165 | Bank Funds Transfer | 9999-000 | 8,107.67 | | 8,107.67 |
| 02/22/12 | 001001 | Klein, Stoddard, Buck, Waller & Lewis LLC | Payment of attorney fee per court order | 3210-000 | | 680.86 | 7,426.81 |
| 07/30/12 | 001002 | MICHAEL G. BERLAND  1 NORTH LASALLE STREET  STE 1775  CHICAGO, IL  60602 | Chapter 7 Compensation/Fees | 2100-000 | | 4,000.00 | 3,426.81 |
| 07/30/12 | 001003 | IRS Priority Debt Banruptcy Department  Box 21126  Philadelphia, PA  19114 | Claim 5P, Payment 37.10508% | 5800-000 | | 3,426.81 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 8,107.67 | 8,107.67 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 8,107.67 | 0.00 | |
| | | Subtotal | 0.00 | 8,107.67 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 8,107.67 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 81,288.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 74,004.00 | Money Market Account - *******2165 | 8,732.67 | 625.00 | 0.00 |
| | | Checking Account - *******2166 | 0.00 | 0.00 | 0.00 |
| Total Memo Allocation Net: | 7,284.00 | Checking Account - *******5239 | 0.00 | 8,107.67 | 0.00 |
| | | | 8,732.67 | 8,732.67 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | Page Subtotals | 8,107.67 | 8,107.67 | |

Ver: 17.00

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-02687 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | WILLIAMSON, ANITA ANN | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******5239 Checking Account |
| Taxpayer ID No: | *******2481 | | |
| For Period Ending: | 10/08/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals   0.00   0.00

Ver: 17.00

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*